UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

In re: ____Robert Walsh____          BK Case No. _____
             Debtor(s)               AP Case No. _____

APPLICATION TO SUBMIT COURT FILINGS BY E-MAIL

Name(s) of Applicant(s): Robert Walsh _____
hereby apply to the United States Bankruptcy Court for the District of Maine for approval to submit case documents for filing with the Court through use of its specific e-mail filing address ("e-mail address") in the above-captioned bankruptcy case or adversary proceeding. *Note: If married couple jointly applying, both individuals must complete and sign this application.*

In support of this Application, the Applicant(s) state(s):

1.   I am/We are self-represented (pro se) debtor(s) or party in the above-captioned bankruptcy case or adversary proceeding.

2.   I/We understand that upon authorization to use the e-mail address, all filings submitted must include a signature, pursuant to Federal Rule of Bankruptcy Procedure 9011(a). Use of the Bankruptcy Court's e-mail address has the same effect as physically signing a paper document filed with the Court.

3.   I/We understand that electronically submitting documents through the e-mail address is a privilege that can be revoked at any time and for any reason.

WHEREFORE, Applicant(s) respectfully request(s) that the Court approve this Application for access to the e-mail address in the above-captioned bankruptcy case or adversary proceeding.

Respectfully submitted,

By: __[signature]_____          By: _____
*Signature of Applicant*                      *Signature of Applicant*
Applicant Name: Robert Walsh                  Applicant Name: _____

Mailing Address: 25 Fongemie Road_            Address: _____

City: _Saint David_____                  City: _____

State: ME    Zip Code:_04773                  State: _____ Zip Code: _____

Telephone: 207-898-9149                       Telephone: _____

Email: robertwalsh1012@gmail.com              Email: _____

Rev. 11/2022