RECEIVED
By USBC Bangor at 12:22 pm, 11/14/2025

Robert Walsh. Jr.
25 Fongemie Road,
St. David ME 04773
(207) 898-9149
robertwalsh1012@gmail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| In re: | Chapter 7 |
|---|---|
| Robert Walsh, Jr. | Case No. 25-10215 |
| Debtor. | |

### DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO TIMELY FILE CERTIFICATE OF CREDIT COUNSELING

COMES NOW, the Debtor, Robert Walsh, Jr., and hereby responds to the Court's Order to Show Cause, entered on November 12, 2025, regarding the failure to timely file the Certificate of Credit Counseling as required by 11 U.S.C. § 109(h).

1. **Explanation of "Good Cause" or "Excusable Neglect":**

The Debtor completed the required credit counseling on November 1, 2025 via Abacus Credit Counseling, prior to completing his Chapter 7 Petition on October 29, 2025. On November 3, 2025, the Debtor received an email from Lori Stocker, Courtroom Deputy/ Case Administrator, informing him that he had not attached a copy of his Credit Counseling Certification to his Chapter 7 Petition. In response, the Debtor mistakenly emailed a copy of his Credit Counseling Certificate to an incorrect email address,

bncedi@noticingcenter.com, on November 5, 2025. He became aware of this mistake after he received this Order to Show Cause on November 12, 2025.

2. **Resolution and Compliance:**

The Debtor asserts that the required credit counseling was completed through Abacus Credit Counseling, an agency approved by the U.S. Trustee Program, prior to completing his Chapter 7 Petition. A copy of the Certificate of Credit Counseling, dated November 1, 2025, is attached hereto as **Exhibit A** and has been separately filed with the Court as a standalone document.

3. **Request for Relief:**

The Debtor regrets this error. He respectfully requests that the Court accept the attached Certificate of Credit Counseling and discharge the Order to Show Cause, allowing the bankruptcy case to proceed without dismissal.

I certify under penalty of perjury that the information provided above is true and correct.

Dated: November 14, 2025

/s/ Robert Walsh, Jr.

Robert Walsh, Jr.